United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LEONOR MARIE HERNANDEZ, *et al.,* | § | |
| "Plaintiffs," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:25-CV-00247 |
| | § | |
| TRANSPORTES SERVICIO Y | § | |
| DISTRIBUCION SA DE CV, *et al.* | § | |
| "Defendants." | § | |

## ORDER

Before the Court are "Plaintiffs' Motion for Remand" ("Motion for Remand") (Dkt. No. 6), "Report and Recommendation to Deny Motion to Remand" ("Report and Recommendation") (Dkt. No. 15), and "Plaintiffs' Objections Regarding the Recommendation to Deny Motion to Remand" ("Plaintiff's Objections") (Dkt. No. 16).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 15) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Plaintiffs' Motion to Remand (Dkt. No. 6) is **DENIED** and Defendant Painani LLC is **DISMISSED with prejudice** as improperly joined.

Signed on  March 20, 2026.

_____
Rolando Olvera
United States District Judge